MARCH 16, 1973

No. 72–1039. UNITED STATES *v.* KISMETOGLU. C. A. 9th Cir. Petition for writ of certiorari dismissed under Rule 60 of the Rules of this Court.

MARCH 19, 1973

No. 72–990. WHITCOMB, GOVERNOR OF INDIANA, ET AL. *v.* COMMUNIST PARTY OF INDIANA ET AL. Affirmed on appeal from D. C. N. D. Ind.

No. 72–996. KOELFGEN ET AL. *v.* JACKSON, DIRECTOR, CIVIL SERVICE DEPARTMENT OF MINNESOTA, ET AL. Affirmed on appeal from D. C. Minn.

No. 72–608. COLORADO EX REL. L. B. ET AL. *v.* L. V. B. Appeal from Sup. Ct. Colo. dismissed for want of substantial federal question.

No. 72–1008. CITY OF PINEY POINT VILLAGE ET AL. *v.* HARRIS COUNTY ET AL. Appeal from Ct. Civ. App. Tex., 1st Sup. Jud. Dist. dismissed for want of substantial federal question.

No. 72–5960. FAIR ET AL. *v.* NIXON, PRESIDENT OF THE UNITED STATES, ET AL. Appeal from C. A. 5th Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied. THE CHIEF JUSTICE and MR. JUSTICE POWELL took no part in the consideration or decision of this appeal.